ROBERT E. LOWENSTEIN, JR. (SBN 064346)
JANNA K. LOWENSTEIN (SBN 225371)
Robert E. Lowenstein, Jr., A Professional Corporation
15315 Magnolia Blvd., Suite 402
Sherman Oaks, CA 91403
Tel:  (818) 905 6611
Fax:  (818) 789 1375
Email: jklowenstein@yahoo.com
Email: lowensteinlaw@prodigy.net

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| FELICIA C. BURCH | CASE NO. CV 09-1959 RZ |
|---|---|
| Plaintiff, | [PROPOSED] ORDER AWARDING ATTORNEYS FEES UNDER EAJA |
| vs. | |
| MICHAEL J. ASTRUE, COMMISSIONER OF SOCIAL SECURITY | _____ |
| Defendant | |

Pursuant to the Stipulation between the parties, through their respective counsel, awarding attorneys fees under EAJA,

IT IS HEREBY ORDERED

~~That EAJA fees are awarded in the amount of $4,000.00 subject to the terms of the stipulation.~~

Plaintiff shall have and recover from Defendant the sum of $4,000 under the Equal Access to Justice Act.

Dated:  August 19, 2010

_____
Ralph Zarefsky
U.S. Magistrate Judge

---

Burch v. Astrue - CV 09-1959 RZ         1         Order Awarding EAJA Fees